AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

NOV 29 2023 PM 1:49
FILED IN USDC - BPT - CT

__AKWUBA, Lilian__
Petitioner

v.

Case No. _____
(Supplied by Clerk of Court)

__STOVER, Rick__
Respondent
(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: __Lilian Akwuba__
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: __Federal Prison Camp Danbury__
   (b) Address: __33 1/2 Pembroke Road Route 37 Danbury, CT. 06811__
   (c) Your identification number: __17368002__
3. Are you currently being held on orders by:
   ☒ Federal authorities     ☐ State authorities     ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
      (a) Name and location of court that sentenced you: __Alabama District (middle) Courthouse Montgomery, Alabama__
      (b) Docket number of criminal case: __2:17-cr-00511__
      (c) Date of sentencing: __May 29th, ~~2023~~ 2019__
   ☐ Being held on an immigration charge
   ☐ Other (explain): _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☑ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☑ Other (explain): The Bureau of Prison is not calculating my sentence accordingly under the FSA (First Step Act)

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Federal Bureau of Prison Danbury, Connecticut

   (b) Docket number, case number, or opinion number: 1166254-R1

   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): About 208 days have been disallowed from my Federal time Credits earned under the First Step Act

   (d) Date of the decision or action: August 2023. and Rejection Nov. 6, 2023

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☑ Yes    ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Federal Prison Camp B-p 8 Mr. Moore Camp Admin. Per Unit team. (Informal grievance)

   (2) Date of filing: May 9, 2023

   (3) Docket number, case number, or opinion number:

   (4) Result: denied. Inmate cannot earn FTC Credit while on Writ. In

   (5) Date of result: your disallowed days come from when you were on

   (6) Issues raised: Writ from 11/24/2021 to 06/13/2022. on June 7th, 2023. I asked for recalculation of my FTC Credit under the First Step Act

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☑ Yes        ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Federal Bureau of Prison Camp Mr. Stover (warden)
   (2) Date of filing: 6/8/2023
   (3) Docket number, case number, or opinion number: 1166254-F2
   (4) Result: Denied
   (5) Date of result: 8/1/23
   (6) Issues raised: Recalculation of my FTC under First Step Act. I went on a writ from November 24, 2021 to June 13, 2022, I was excluded from getting Federal time Credit under First Step Act and it does not make sense under the exclusion criteria in the FSA. Going on writ and transferring to another institution does not exclude one under the Law First Step Act.
   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☑ Yes        ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Federal Bureau of Prison Regional Office.
   (2) Date of filing: 8/9/2023
   (3) Docket number, case number, or opinion number: 1166254-R1
   (4) Result: Rejected
   (5) Date of result: November 6, 2023
   (6) Issues raised: Recalculation of my FTC under First Step Act law.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

I filed SMA August 9, 2023. It was received August 14, 2023 and it was rejected November 6th, 2023. I received it November 21, 2023.

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ☐ Yes   ☒ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ☐ Yes   ☐ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ☐ Yes   ☒ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Not applicable

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes         ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ____
(b) Date of the removal or reinstatement order: ____
(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes         ☐ No

If "Yes," provide:
(1) Date of filing: ____
(2) Case number: ____
(3) Result: ____
(4) Date of result: ____
(5) Issues raised: ____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes         ☐ No

If "Yes," provide:
(1) Name of court: Not applicable
(2) Date of filing: ____
(3) Case number: ____

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

Not applicable

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** I was sentenced on May 29th, 2019 and my time is not being calculated according to the FSA. I went on a Writ on November 24th, 2021 and back on June 13, 2022 and I received no credit while in proper standing under FSA. I was transferred from FBOP Aliceville to FBOP Danbury and 6 days were excluded also. Total of 218 about 208 days.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: According to the granting of the FSA credits, time doesn't stop if you are on a writ and still in FSA compliance. I have refused no FSA classes, trainings, programmes neither did I received any disciplinary actions against me. I have maintained minimum custody throughout my incarceration.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes   ☐ No

**GROUND TWO:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☐ No

**GROUND THREE:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes    ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: I believe am missing approximately 208 days earned Federal time credits under FSA by miscalculation of the Bureau of Prison and misinterpretation of the law. please see Tufenyuy v Warden FCI Berlin 22-cv-443-AJ and Hulhul vs. Derr 22-00541.

**Request for Relief**

15. State exactly what you want the court to do: I am asking the court to have the Bureau of Prisons recalculate my time under the First Step Act. Thank you for your consideration. God bless.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

November 26, 2023

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 11/26/23

_____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

```
                REJECTION NOTICE - ADMINISTRATIVE REMEDY
```

DATE: NOVEMBER 6, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO   : LILLIAN AKWUBA, 17368-002
       DANBURY FCI    UNT: 7 SCP    QTR: O02-023L
       ROUTE 37
       DANBURY, CT 06811

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 1166254-R1    REGIONAL APPEAL
DATE RECEIVED    : AUGUST 14, 2023
SUBJECT 1        : OTHER SENTENCE COMPUTATION
SUBJECT 2        :
INCIDENT RPT NO  :

REJECT REASON 1: ALL FOUR PAGES OF YOUR (BP-9) (BP-10) (BP-11) FORM MUST BE
                 LEGIBLE AND WORDED THE SAME. PHOTOCOPIES OF THE FORM WILL
                 NOT BE ACCEPTED.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : PAGE 4 IS NOT LEGIBLE.

8/4/23

LILLIAN AKWUBA, 17368-002
DANBURY FCI    UNT: 7 SCP    QTR: O02-023L
ROUTE 37
DANBURY, CT 06811



# Blackstone Career Institute

PO Box 3717, Allentown, PA 18106-3717

## Student Transcript
## Real Estate Law Certificate course

**Student** Lilian I Akwuba 17368002
**Address:** Satellite Prison Camp
PO Box 487
Aliceville AL 35442

**Student Number:** 82054655
**Enrollment Date:** 09/30/2021
**Completion Date:** 08/09/2022
**Status Date:** 08/09/2022
**Student Status:** Graduated

| Text/Subject | Date Completed | Grade |
|---|---|---|
| **Lesson: 1** | | |
| • Real Estate Law Exam #1 | 07/18/2022 | 95 |
| An Introduction to Real Estate | | |
| Estates in Real Property | | |
| • Real Estate Law Exam #2 | 07/18/2022 | 95 |
| Property Descriptions and Determining... | | |
| Transferring Title to Real Estate | | |
| • Real Estate Law Exam #3 | 07/26/2022 | 100 |
| Real Estate Contracts | | |
| Landlord and Tenant Law | | |
| • Real Estate Law Exam #4 | 08/01/2022 | 95 |
| Mortgages and Financing the Purchase... | | |
| Public and Private Restrictions on the... | | |
| • Real Estate Law Exam #5 | 08/08/2022 | 100 |
| Real Estate Professions | | |
| Title Insurance and Title Examinations | | |
| • Real Estate Law Exam #6 | 08/09/2022 | 95 |
| The Closing | | |
| Taxation Issues in Real Property | | |

**Student Average:** 96.66%  ** FINAL **   This Document Issued: 08/09/2022

Blackstone Career Institute

By: _Valerie L. Behnle_ B.S., M.Ed.
Registrar


A Direct Learning Systems School

Exhibit "B"

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu

# Federal Bureau of Prisons
## TRULINCS Account Transactions - Commissary
### Personal Inmate Information

Inmate No: 17368002   Inmate Name: AKWUBA, LILLIAN                    Available Balance: $280.33

| Date | Reference # | Transaction Type | Sender Last name | Amount |
|---|---|---|---|---|
| 12/08/2021 | XFRP1221 | FRP Quarterly Pymt | | -$300.00 |
| 12/08/2021 | XIPP1121 | Payroll - IPP | | $40.60 |
| 12/08/2021 | XIPP1121 | Pre-Release Transaction | | $0.00 |

3/9/2022  XFRP0322  $300  (Withdrawal (FRP))
3/9/22    XFRP0322  27.74

"Exhibit A"
Evidence

Inmate #: 17368002

EXHIBIT A

An inmate need not exhaust when circumstances render administrative remedies "effectively unavailable". Nunes v. Duncan, 591 F. 3d 1212, 1226 (9th Cir. 2010). In Ross v. Blake, the Supreme Court articulated that an inmate was only required to exhaust those grievance procedures "that are capable of use to obtain some relief for the action complained of". 578 U.S. 632, 643, 136 S. Ct. 1850, 195 L.Ed. 2d 117 (2016). Ross provided a non-exhaustive list of circumstances where administrative remedies was not capable of use:
1. where the procedure "operates as a simple dead end" because officers are "unable or consistently unwilling to provide any relief to aggrieved inmates";....

Applying these principles, Circuits have found that "when prison officials fail to respond to a prisoner's grievance within a reasonable time, the prisoner is deemed to have exhausted available administrative remedies with in the meaning of PLRA. See Andres v. Marshall, 854 F. 3d 1103, 1105 (9th Cir. 2017) Dole v. Chandler, 438 F. 3d 804, 809, 811 (7th Cir. 2006).

Akwuba in the current case began the remedy on May 9th, 2023, returned the BP-8 on May 9th, 2023, and was issued a response on June 8th, 2023. Akwuba was not satisfied and continued with the BP-9 that was issued to her on June 8th, 2023, and turned back in on June 8th, 2023. A response from the Warden Mr. Stover dated and signed by him on August 1st 2023 was given to Akwuba by her counselor on August 4th, 2023. Akwuba was not satisfied and continued with the BP-10 that was issued to her on August 4th 2023. Akwuba sent it out and it was received by Regional office by August 14, 2023. A response was not received until November 21, 2023 with rejection that page 4 of the form was not legible and could be resubmitted within 10 days of the rejection notice. This rejection notice came in more than 90 days since the Regional office received the appeal, and more than 180 days since the administrative remedy was started.

    Therefore the Akwuba deems the PLRA exhausted and seeks the Courts to grant her request. Thank you.

LILIAN AKWUBA
#17368002

FSA Time Credit Assessment
Register Number:17368-002, Last Name:AKWUBA

U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

```
Register Number....: 17368-002          Responsible Facility: ALI
Inmate Name                             Assessment Date.....: 01-19-2023
  Last.............: AKWUBA             Period Start/Stop...: 09-09-2019 to 01-19-2023
  First............: LILLIAN            Accrued Pgm Days....: 1028
  Middle...........:                    Disallowed Pgm Days.: (200)
  Suffix...........:                    FTC Towards RRC/HC..: 15
Gender.............: FEMALE             FTC Towards Release.: 365
Start Incarceration: 09-09-2019         Can Apply FTC.......: Yes
```

```
Start        Stop         Pgm Status   Pgm Days
09-09-2019   11-25-2021   accrue       808
  Accrued Pgm Days...: 808
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 260
```

```
Start        Stop         Pgm Status   Pgm Days
11-25-2021   02-25-2022   disallow     92
  Not in qualifying admit status
    Facility Category  Assignment    Start              Stop
    ALI      ARS       FED WRIT      11-24-2021 1022    06-13-2022 1447
    9-T      ARS       A-ADMIT       11-24-2021 1122    03-24-2022 0530
```

```
Start        Stop         Pgm Status   Pgm Days
02-25-2022   06-13-2022   disallow     108
  Not in qualifying admit status
    Facility Category  Assignment    Start              Stop
    ALI      ARS       FED WRIT      11-24-2021 1022    06-13-2022 1447
    9-T      ARS       A-ADMIT       11-24-2021 1122    03-24-2022 0530
    9-T      ARS       RELEASE       03-24-2022 0530    03-24-2022 0530
    P22      ARS       A-ADMIT 03    03-24-2022 0530    06-13-2022 1547
```

```
Start        Stop         Pgm Status   Pgm Days
06-13-2022   01-19-2023   accrue       220
  Accrued Pgm Days...: 220
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 120
```

Assessment Date: 01-19-2023          (1)      Exhibit 'C'       Assessment# -2147041103

REQUEST FOR ADMINISTRATIVE REMEDY
Part B - Response

**Name:** Akwuba, Lillian          **Admin. Remedy Case #:** 1166254-F2

**Reg. No.:** 17368-002             **Unit:** Camp

---

This is in response to your Request for Administrative Remedy, dated June 08, 2023, wherein you are requesting to have your Federal Time Credit's (FTC's) updated to reflect your full amount of FTC's.

First Step Act of 2018 - Time Credits: Procedures for Implementation of 18 U.S.C. § 523.42(a)(6), Page 9: Earning First Step Act Time Credits, "an inmate cannot earn FTCs during pretrial confinement, nor can they earn credits based on a prior incarceration. Further, an inmate cannot earn FTC when not in Bureau custody, including when in U.S. Marshals Service custody prior to arriving at their designated facility, regardless of where they are housed, or once released to their supervised release term."

A review of your arrival status reveals that you were in the custody of the U.S. Marshal Service for a Writ from November 24, 2021, through June 13, 2022. On June 13, 2022, your arrival status changed from Federal Writ to designation to FCI Aliceville. You arrived at FCI Aliceville on June 13, 2022. You were not eligible for FTC's to be applied until you are at your designated facility. Accordingly, your Request for Administrative Remedy is denied.

If you are not satisfied with this decision, you may appeal to the Regional Director at Bureau of Prisons, Northeast Regional Office, U.S. Customs House, 7th Floor, 2nd and Chestnut Streets, Philadelphia, Pennsylvania, 19106. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____          _____8/1/23_____
R. Stover, Warden                              Date

DAN 1330.18
ATTACHMENT A

# FEDERAL CORRECTIONAL INSTITUTION
# DANBURY, CONNECTICUT
# INFORMAL RESOLUTION

Inmate Name: Lilian Abwuba          Reg. No. 17368002
Unit: B                              Date: 5/9/2023

**NOTICE TO INMATE**: You are advised that normally prior to filing a Request for Administrative Remedy, BP-229(13), you **must** attempt to informally resolve your complaint through your Correctional Counselor. Please follow the three steps listed below:

1. **State your complaint**: I have 300 disallowed days. I am not supposed to have any days disallowed. I committed on September 9th 2019 and I am supposed to have 32 months. I got 19 months of FTC credit and I am owed 10 months of FTC credit. I am asking for the rest of my time credit applied to me.

2. **State what actions you have made to informally resolve your complaint**: I started Administrative Remedy in my previous institution in Aliceville, and I received my BP-9 few days prior to my being transferred out from Aliceville Camp to here at Danbury Camp. I was told my credit cannot be calculated on the institutional level.

3. **State what resolution you expect**: I need my 10 months owed given back to me. I am short 351 days. I would like for all my First Step Act Time Credit given back to me. Thank you so much.

Inmate's Signature: _____     Date: 5/9/2023

4. **Correctional Counselor's Comments (Steps Taken to Resolve)**: Per Unit Team Abwuba: Inmates cannot earn FTC credit while on Writ. In your case, your disallowed days come from when you were on Writ from 11-24-2021 to 06-13-2022.

5. Informal Resolution WAS / WAS NOT accomplished. (Circle One)

_____ Correctional Counselor          for _____ Unit Manager

6/7/23                                          6/7/23
Date                                            Date

|          | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED | REMEDY CLERK |
|----------|-------------|---------------|-------------|---------------|--------------|
| DATE     | 5/9/23      | 6/7/23        | 6/8/23      | 6/8/23        |              |
| TIME     | 2:23pm      | 5:00pm        | 11:00am     | 12pm          |              |
| COUNSELOR| Deman       | Deman         | Deman       | Deman         |              |

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** Akwuba Lilian I | 17368002 | B | FPC Danbury
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - INMATE REQUEST** I have 200 disallowed days from going to Court November 24th 2021 to June 13th 2022. However I was in school taking College Correspondence Course even when I was at the County. I graduated from the Course paralegal property law in August 2022. I am not supposed to have any days disallowed for BOP was taking money from my account for my FRP (Financial Responsibility) during the time I was on writ. BOP should not be picking and choosing when to allow credits for the statue did not say that. Please I am reaching out to you and asking for this to be remedied. Thank you and God bless       see exhibits

6/8/23
DATE                                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**




DATE                                                   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                          CASE NUMBER: 1166254-F1

---

                                                        CASE NUMBER: _____

**Part C - RECEIPT**
Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

FPI-PEPR    PRINTED ON RECYCLED PAPER                          BP-229(13)
                                                                APRIL 1982

U.S. Department of Justice
Federal Bureau of Prisons

Regional Administrative Remedy Appeal

✓ 8/4/23

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Akunba, Lilian -I.       17368002       B       FPC Danbury
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL**  I am reaching out to you in regards to my 200 disallow days. I went on a federal writ on November 24th, 2021 from FPC Aliceville where I was designated. I came back June 13th, 2022. I was disallowed 200 days wrongly. First according to Final rules Fed. Register vol. 87, NO. 12, Jan. 19, 2022 section 523.41 (C) & (4)(iii) "Successful participation" means being able to participate successfully in Evidence based Recidivism and/or Productive Activity. An inmate will generally not be considered to be "successfully participating" in certain situation. However, I was successfully participating by evidence of my post secondary College Correspondence education. I was enrolled in September 30, 2021, while I was on writ, I was programming at the County jail for my attorney brought me my school books. I graduated August 9, 2022. I have a certificate of completion. Secondly, while on writ my money for FRP was being taken quarterly and should never happen if I am not in my designated place. Please I'm asking for my credits to be given back to me. Thank you all. God bless

DATE 8/9/2023       SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE       CASE NUMBER: 1161625421

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE       SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN       PRINTED ON RECYCLED PAPER       BP-230(13)
JUNE 2002